AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

White iPhone in a black case taken from person of Kyree Ross on November 30, 2024

Case No. 1:25-MC-00371

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

located in the ___Middle___ District of ___Pennsylvania___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment "B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C 841(a)1 | Possession with intent to distribute controlled substances |
| 18 U.S.C. 922(g) | Possession of a firearm by a felon |
| 18 U.S.C. 924(c) | Possession of a firearm in furtherance of drug trafficking |

The application is based on these facts:

I, Brittany A. Brenner, being duly sworn, do hereby depose and say...

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Brittany Brenner, Trooper
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ___Telephonically___ *(specify reliable electronic means)*.

Date: April 9, 2025

*Judge's signature*

City and state: Harrisburg, PA

Susan E. Schwab, U.S. Magistrate Judge
*Printed name and title*